IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Tom Wells, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 6:16-2697-MGL |
| | ) | |
| Governor Nikki Haley, | ) | |
| | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

On August 1, 2016, Plaintiff Tom Wells, ("Plaintiff"), proceeding *pro se*, brought this civil action seeking relief pursuant to 42 U.S.C. § 1983. (ECF No. 1). The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Kevin F. McDonald, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that Plaintiff's complaint be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and other cited authorities. (ECF No. 7). Objections to the Report were due by September 26, 2016. Plaintiff filed no objections to the Report.

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and finds no error in the Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the

1

2

Magistrate Judge's Report and Recommendation is **ACCEPTED**, (ECF No. 7), and this action is **DISMISSED** *with prejudice* for failure to prosecute pursuant to Rule 41(b) and other cited authorities.

    **IT IS SO ORDERED**.

                                                                                                                ____s/Mary G. Lewis____
                                                                                                               United States District Judge

September 28, 2016
Columbia, South Carolina